# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2058
_____

A.C., mother of X.C., a minor
child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES and STATEWIDE
GUARDIAN AD LITEM,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Russell S. Roberts, Judge.

November 29, 2023

PER CURIAM.

The court treats the appeal as a petition for writ of certiorari and dismisses the petition as untimely filed. *See* Fla. R. App. P. 9.100(c).

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael C. Minardi, Tampa, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, and Stephanie E. Novenario, Tallahassee, for Appellee Statewide Guardian ad Litem.